IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MICHAEL KAY**, | Case No. 3:13-cv-1076-PK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **WILLIAM HAACK**, et al., | |
| Defendants. | |

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 25th day of August, 2014.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT